AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____***** _____DISTRICT OF \_\_NEVADA_____

GARY E. HAWES,

              Petitioner,                 **JUDGMENT IN A CIVIL CASE**

   V.

                           CASE NUMBER: **3:08-cv-00242-ECR-RAM**

E.K. McDANIEL, et al.,

              Respondents.

\_\_     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus (ECF No. 6) is DENIED IN ITS ENTIRETY.

   \_\_7/8/2011\_\_                      **LANCE S. WILSON**
                                       Clerk

                             \_/s/ Katie Lynn Ogden\_
                                 Deputy Clerk